UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERIC MINGOTT**, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**THE INSTITUTE OF CULINARY EDUCATION, INC.**,<br><br>　　　　　　　　　　Defendant. | No. 1:25-cv-08555 |

## NOTICE OF RELATED CASES

　　Pursuant to L.R. 1.6 and Rule 13 of the Rules for the Division of Business Among District Judges Southern District of New York, Plaintiff hereby provides notice of the following related actions: *Adame, et al. v. The Institute of Culinary Education, Inc.*, Case No. 1:25-cv-08479 (S.D.N.Y); *Collins v. The Institute of Culinary Education, Inc.*, Case No. 1:25-cv-08623 (S.D.N.Y).

　　This Action and these related actions assert overlapping causes of action related to the same data breach involving Defendant, are premised on essentially the same factual background and legal theories, name the same Defendant, and assert claims on behalf of nearly identical classes. They satisfy Rule 13 as they concern the same or substantially similar parties and events, there is substantial factual overlap, absent relation (and consolidation), the parties could be subjected to conflicting orders, and without a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the Court, parties or witnesses.

　　Thus, Plaintiff requests that this Court designate this action as related to the *Adame, et al.* and *Collins* actions identified above. A copy of this notice is being served on Defendant.

Date: October 20, 2025						Respectfully submitted,


							By: /s/ *Linda H. Joseph*
							Linda H. Joseph, Esq.
							**SCHRÖDER, JOSEPH & ASSOCS. LLP**
							394 Franklin Street, Second Floor
							Buffalo, New York 14202
							Telephone: (716) 881-4900
							Facsimile: (716) 881-4909
							ljoseph@sjalegal.com

							Raina Borrelli*
							**STRAUSS BORRELLI PLLC**
							980 N. Michigan Avenue, Suite 1610
							Chicago, IL 60611
							Telephone: (872) 263-1100
							Facsimile: (872) 263-1109
							raina@straussborrelli.com

							*\*Pro Hac Vice forthcoming*

							*Attorneys for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Linda H. Joseph, hereby certify that on October 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 20th day of October, 2025.

By: */s/ Linda H. Joseph*
Linda H. Joseph, Esq.
SCHRÖDER, JOSEPH & ASSOCS. LLP
394 Franklin Street, Second Floor
Buffalo, New York 14202
Telephone: (716) 881-4900
Facsimile: (716) 881-4909
ljoseph@sjalegal.com